IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>        Plaintiffs,<br><br>v.<br><br>JMZ CONSTRUCTION, INC.<br>an Illinois corporation<br><br>        Defendant. | Case No.:<br><br>Judge<br><br>Magistrate Judge |

## COMPLAINT

Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds"), by their attorneys, John J. Toomey, of Arnold and Kadjan, LLP complain against Defendant, JMZ CONSTRUCTION, INC., an Illinois corporation, as follows:

### JURISDICTION AND VENUE

1. (a) Jurisdiction of this cause is based upon Section 502 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132 ("ERISA") and 29 U.S.C. 1145 as amended.

    (b) Venue is founded pursuant to 29 U.S.C. Section 1132(e) (2) in this district, where the Funds as described in Paragraph 2, are administered.

## PARTIES

2. (a) Plaintiffs are the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds") and have standing to sue pursuant to 29 U.S.C. 1132(a)(3).

(b) The SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS have been established pursuant to trust agreements and are funded through employer contributions required by collective bargaining agreements previously entered into between the International Brotherhood of Teamsters and its affiliated locals ("the Union") and Employers;

(c) The Funds are maintained and administered in this judicial district in accordance with and pursuant to the provisions of ERISA, the National Labor Relations Act, as amended, and other applicable state and federal laws, and also pursuant to the terms and provisions of the Agreements and Declarations of Trust which establish the Funds.

3. (a) JMZ CONSTRUCTION, INC., an Illinois corporation from May 17, 2018 through the present, employs employees represented by the Union and is bound to make contributions for weeks worked by all employees and upon subcontractors who perform work which would otherwise be performed by its employees.

(b) JMZ CONSTRUCTION, INC., maintains its principal place of business at Romeoville, Illinois.

(c) JMZ CONSTRUCTION, INC., is an employer engaged in an industry affecting commerce.

4. Effective May 17, 2018 JMZ CONSTRUCTION, INC., entered into an Area Construction Agreement with Teamsters 179, and as confirmed with the Local, which bound it to the terms stated in the then current Area Wide Material Hauling Agreements that are effective for the period from May 17, 2018 through September 30, 2021, as extended, which required contributions to the Funds pursuant to 29 U.S.C. 1145 (Exhibit A). JMZ CONSTRUCTION, INC., has not sent a notice of termination.

5. Pursuant to the collective bargaining agreements between JMZ CONSTRUCTION, INC., and the Union, JMZ CONSTRUCTION, INC., failed and continues to fail to make its obligated contributions to the Fund for the period May 1, 2018 through September 30, 2021 as disclosed in an audit conducted on January 14, 2022 and revised July 23, 2024 (Exhibit B).

6. The audit disclosed $25,588.37 due the Welfare Fund and $31,402.78 due the Pension Fund for a total of $56,991.15.

WHEREFORE, Plaintiffs pray:

A. This court enter judgment in favor of the Plaintiffs and against JMZ CONSTRUCTION, INC., an Illinois corporation in the amount of the audit, $56,991.1578,961.92.

B. That this court award the plaintiffs their attorneys' fees, costs, interest, and liquidated damages pursuant to 29 U.S.C. 1132(g)(2) and as required by the relevant collective bargaining agreements and trust agreements creating the Welfare and Pension Funds.

C. That the Court grant such further relief as it deems just and proper.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

By: _____
      One of Its Attorneys

John J. Toomey
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive
Suite 600
Chicago, Illinois 60601
(312) 236-0415

# EXHIBIT A

JMZ Construction Inc
010109695

# AREA CONSTRUCTION AGREEMENT

between

## CONTRACTORS ASSOCIATION OF WILL AND GRUNDY COUNTIES

and

## TEAMSTERS LOCAL UNION NO. 179
Affiliated with the I.B. of T.



Effective June 1, 2017 through May 31, 2021

## SIGNATURE PAGE FOR NON-ASSOCIATION EMPLOYERS

FOR TEAMSTERS LOCAL UNION NO. 179:

BY: _[signature]_

TITLE: President

DATE: 5/21/18

FOR THE EMPLOYER:

COMPANY NAME: JMZ Constrution INC

ADDRESS: 828 Oakton Ave

City: Romeoville    State: IL    Zip: 60446

PHONE: 815-630 0302    FAX:

EMAIL: JMZ9121@hotmail.com

PRINT NAME: Juan M Zaragoza

SIGNATURE: _[signature]_

TITLE: Driver Owner

DATE: 8-17-18

32

# EXHIBIT B

**Employer Name:** JMZ Construction, Inc.
**Address:** 828 Oakton Ave Romeoville, IL 60446

**ER#** 5411 and 5412
**LOCAL:** 179

**Phone:** 815-630-0302
**Contact:** Juan Zaragoza

**Audit Date:** 01/14/2022
**Revision #1:** 07/23/2024

**Period Covered:** May 1, 2018 to September 30, 2021

**Error Code Descriptions**
A) Did not report all weeks with payroll
B) Driver/load sheets not available assumed full weeks worked
C) Received check or Zelle payment through disbursements
D) Reported Friday pay dates instead of Saturday period ending dates
E) Reported same week in consecutive months

| Name | Soc Sec No | Error Code | Work Month | Welfare Weeks/Hrs | Pension Weeks/Hrs | Weekly/Hrly Welfare Rate | Weekly Pension Rate | Amount Due Welfare | Amount Due Pension | Employer Number |
|---|---|---|---|---|---|---|---|---|---|---|
| ZARAGOZA JUAN M | XXX-XX-3516 | A | May-18 | 1.00 | 1.00 | $354.00 | $358.22 | $354.00 | $358.22 | 5412 |
| ZARAGOZA JUAN M | XXX-XX-3516 | B | Jun-18 | | 1.50 | $360.00 | $386.22 | $ - | $579.33 | 5412 |
| ZARAGOZA JUAN M | XXX-XX-3516 | B | Jul-18 | | 0.75 | $360.00 | $386.22 | $ - | $289.67 | 5412 |
| ZARAGOZA JUAN M | XXX-XX-3516 | B | Aug-18 | | 0.50 | $360.00 | $386.22 | $ - | $193.11 | 5412 |
| ZARAGOZA JUAN M | XXX-XX-3516 | A | Sep-18 | 1.00 | 1.00 | $360.00 | $386.22 | $360.00 | $386.22 | 5412 |
| ZARAGOZA JUAN M | XXX-XX-3516 | C | Sep-18 | 2.00 | 2.00 | $360.00 | $386.22 | $720.00 | $772.44 | 5412 |
| ZARAGOZA JUAN M | XXX-XX-3516 | C | Oct-18 | 1.00 | 1.00 | $360.00 | $386.22 | $360.00 | $386.22 | 5412 |
| ZARAGOZA JUAN M | XXX-XX-3516 | B | Oct-18 | | 1.00 | $360.00 | $386.22 | $ - | $386.22 | 5412 |
| ZARAGOZA JUAN M | XXX-XX-3516 | C | Nov-18 | 1.00 | 1.00 | $360.00 | $386.22 | $360.00 | $386.22 | 5412 |
| ZARAGOZA JUAN M | XXX-XX-3516 | B | Nov-18 | | 0.25 | $360.00 | $386.22 | $ - | $96.56 | 5412 |
| ZARAGOZA JUAN M | XXX-XX-3516 | C | Dec-18 | 1.00 | 1.00 | $360.00 | $386.22 | $360.00 | $386.22 | 5412 |
| ZARAGOZA JUAN M | XXX-XX-3516 | B | Jul-19 | | 0.25 | $386.00 | $420.62 | $ - | $105.16 | 5412 |
| ZARAGOZA JUAN M | XXX-XX-3516 | A | May-20 | 1.00 | 1.00 | $386.00 | $420.62 | $386.00 | $420.62 | 5412 |
| ZARAGOZA JUAN M | XXX-XX-3516 | A | Jun-20 | 1.00 | 1.00 | $406.00 | $445.02 | $406.00 | $445.02 | 5412 |
| ZARAGOZA JUAN M | XXX-XX-3516 | A | Jul-20 | 2.00 | 1.75 | $406.00 | $445.02 | $812.00 | $778.79 | 5412 |
| ZARAGOZA JUAN M | XXX-XX-3516 | A | Aug-20 | 2.00 | 2.00 | $406.00 | $445.02 | $812.00 | $890.04 | 5412 |
| ZARAGOZA JUAN M | XXX-XX-3516 | A | Sep-20 | 2.00 | 2.00 | $406.00 | $445.02 | $812.00 | $890.04 | 5412 |
| ZARAGOZA JUAN M | XXX-XX-3516 | A | Oct-20 | 1.00 | 1.00 | $406.00 | $445.02 | $406.00 | $445.02 | 5412 |
| ZARAGOZA JUAN M | XXX-XX-3516 | C | Dec-20 | 1.00 | 1.00 | $406.00 | $445.02 | $406.00 | $445.02 | 5412 |
| ZARAGOZA JUAN M | XXX-XX-3516 | B | Jun-20 | | 0.50 | $406.00 | $445.02 | $ - | $222.51 | 5412 |
| ZARAGOZA JUAN M | XXX-XX-3516 | B | Sep-20 | | 0.25 | $406.00 | $445.02 | $ - | $111.26 | 5412 |
| ZARAGOZA JUAN M | XXX-XX-3516 | B | Oct-20 | | 1.00 | $406.00 | $445.02 | $ - | $445.02 | 5412 |
| ZARAGOZA JUAN M | XXX-XX-3516 | A | Jul-21 | 2.00 | 1.75 | $416.00 | $455.65 | $832.00 | $797.39 | 5412 |
| ZARAGOZA JUAN M | XXX-XX-3516 | A | Aug-21 | 3.00 | 2.50 | $416.00 | $455.65 | $1,248.00 | $1,139.13 | 5412 |
| ZARAGOZA JUAN M | XXX-XX-3516 | A | Sep-21 | 2.00 | 1.25 | $416.00 | $455.65 | $832.00 | $569.56 | 5412 |
| ZARAGOZA ABEL JR | N/A | C | May-18 | 102.25 | 4.00 | $8.60 | $358.22 | $879.35 | $1,432.88 | 5411 |
| ZARAGOZA ANTONIO | XXX-XX-1204 | B | May-18 | | 0.50 | $8.60 | $358.22 | $ - | $179.11 | 5411 |
| ZARAGOZA ANTONIO | XXX-XX-1204 | C | May-18 | 42.00 | 2.00 | $8.60 | $358.22 | $361.20 | $716.44 | 5411 |
| ZARAGOZA ANTONIO | XXX-XX-1204 | D | May-18 | 17.00 | 0.50 | $8.60 | $358.22 | $146.20 | $179.11 | 5411 |
| ZARAGOZA ABEL JR | N/A | C | Jun-18 | 38.50 | 2.00 | $9.00 | $386.22 | $346.50 | $772.44 | 5411 |
| ZARAGOZA ANTONIO | XXX-XX-1204 | B | Jun-18 | | 1.50 | $9.00 | $386.22 | $ - | $579.33 | 5411 |
| ZARAGOZA ANTONIO | XXX-XX-1204 | C | Jun-18 | 52.25 | | $9.00 | $386.22 | $470.25 | $ - | 5411 |
| ZARAGOZA ANTONIO | XXX-XX-1204 | D | Jun-18 | (17.00) | (0.50) | $9.00 | $386.22 | $(153.00) | $(193.11) | 5411 |
| ZARAGOZA ABEL JR | N/A | C | Jul-18 | 46.25 | 2.00 | $9.00 | $386.22 | $416.25 | $772.44 | 5411 |
| ZARAGOZA ANTONIO | XXX-XX-1204 | B | Jul-18 | | 0.25 | $9.00 | $386.22 | $ - | $96.56 | 5411 |
| ZARAGOZA ANTONIO | XXX-XX-1204 | C | Jul-18 | 35.75 | 1.00 | $9.00 | $386.22 | $321.75 | $386.22 | 5411 |
| ZARAGOZA ANTONIO | XXX-XX-1204 | B | Aug-18 | | 0.75 | $9.00 | $386.22 | $ - | $289.67 | 5411 |
| ZARAGOZA ANTONIO | XXX-XX-1204 | C | Aug-18 | 100.00 | | $9.00 | $386.22 | $900.00 | $ - | 5411 |
| ZARAGOZA ANTONIO | XXX-XX-1204 | B | Sep-18 | | 0.50 | $9.00 | $386.22 | $ - | $193.11 | 5411 |
| ZARAGOZA ANTONIO | XXX-XX-1204 | C | Sep-18 | 143.25 | | $9.00 | $386.22 | $1,289.25 | $ - | 5411 |
| ZARAGOZA SALVATOR | XXX-XX-9065 | B | Sep-18 | | 0.50 | $9.00 | $386.22 | $ - | $193.11 | 5411 |
| ZARAGOZA SALVATOR | XXX-XX-9065 | C | Sep-18 | 25.75 | | $9.00 | $386.22 | $231.75 | $ - | 5411 |
| ZARAGOZA ANTONIO | XXX-XX-1204 | B | Oct-18 | | 0.75 | $9.00 | $386.22 | $ - | $289.67 | 5411 |
| ZARAGOZA ANTONIO | XXX-XX-1204 | C | Oct-18 | 153.75 | 1.00 | $9.00 | $386.22 | $1,383.75 | $386.22 | 5411 |
| ZARAGOZA SALVATOR | XXX-XX-9065 | B | Oct-18 | | 0.50 | $9.00 | $386.22 | $ - | $193.11 | 5411 |
| ZARAGOZA SALVATOR | XXX-XX-9065 | C | Oct-18 | 43.50 | 1.00 | $9.00 | $386.22 | $391.50 | $386.22 | 5411 |
| ZARAGOZA ANTONIO | XXX-XX-1204 | D | Nov-18 | 29.50 | 1.00 | $9.00 | $386.22 | $265.50 | $386.22 | 5411 |
| ZARAGOZA SALVATOR | XXX-XX-9065 | B | Nov-18 | | 2.00 | $9.00 | $386.22 | $ - | $772.44 | 5411 |
| ZARAGOZA SALVATOR | XXX-XX-9065 | C | Nov-18 | 64.75 | 1.00 | $9.00 | $386.22 | $582.75 | $386.22 | 5411 |
| ZARAGOZA ANTONIO | XXX-XX-1204 | C | Dec-18 | 39.50 | 1.00 | $9.00 | $386.22 | $355.50 | $386.22 | 5411 |
| ZARAGOZA ANTONIO | XXX-XX-1204 | C | Feb-19 | 40.00 | 1.00 | $9.00 | $386.22 | $360.00 | $386.22 | 5411 |
| ZARAGOZA ANTONIO | XXX-XX-1204 | C | May-19 | 16.00 | 2.00 | $9.00 | $386.22 | $144.00 | $772.44 | 5411 |
| ZARAGOZA ANTONIO | XXX-XX-1204 | C | Jun-19 | 120.00 | 3.00 | $9.40 | $420.62 | $1,128.00 | $1,261.86 | 5411 |
| ZARAGOZA ANTONIO | XXX-XX-1204 | B | Jul-19 | | 1.75 | $9.40 | $420.62 | $ - | $736.09 | 5411 |
| ZARAGOZA ANTONIO | XXX-XX-1204 | C | Jul-19 | 36.00 | 1.00 | $9.40 | $420.62 | $338.40 | $420.62 | 5411 |
| ZARAGOZA ANTONIO | XXX-XX-1204 | E | Aug-19 | (11.00) | (0.50) | $9.40 | $420.62 | $(103.40) | $(210.31) | 5411 |
| | | | | | | **Total UNPAID Contributions:** | | **$19,521.50** | **$24,075.61** | |

Liquidated Damages 10% UNPAID (Contributions over 1 mo. Late): $1,952.15   $2,407.55

Late Payment Interest .5% per mo. on UNPAID Contributions:

| Work Month | Amount Due Welfare | % Int. | Int. Due Welfare | Amount Due Pension | % Int. | Int. Due Pension |
|---|---|---|---|---|---|---|
| May-18 | $1,594.55 | 22.50% | $358.77 | $2,686.85 | 22.50% | $604.50 |

Employer Name: JMZ Construction, Inc.
Address: 828 Oakton Ave Romeoville, IL 60446

ER# 5411 and 5412
LOCAL: 179

Phone: 815-630-0302
Contact: Juan Zaragoza

Audit Date: 01/14/2022
Revision #1: 07/23/2024

Period Covered: May 1, 2018 to September 30, 2021

**Error Code Descriptions**
A) Did not report all weeks with payroll
B) Driver/load sheets not available assumed full weeks worked
C) Received check or Zelle payment through disbursements
D) Reported Friday pay dates instead of Saturday period ending dates
E) Reported same week in consecutive months

| Month | Amount | % | Interest | Amount | % | Interest |
|---|---|---|---|---|---|---|
| Jun-18 | $ 816.75 | 22.00% | $ 179.69 | $ 1,931.10 | 22.00% | $ 424.84 |
| Jul-18 | $ 738.00 | 21.50% | $ 158.67 | $ 1,544.88 | 21.50% | $ 332.15 |
| Aug-18 | $ 900.00 | 21.00% | $ 189.00 | $ 482.78 | 21.00% | $ 101.38 |
| Sep-18 | $ 2,601.00 | 20.50% | $ 533.21 | $ 1,544.88 | 20.50% | $ 316.70 |
| Oct-18 | $ 2,135.25 | 20.00% | $ 427.05 | $ 2,027.66 | 20.00% | $ 405.53 |
| Nov-18 | $ 1,208.25 | 19.50% | $ 235.61 | $ 2,027.66 | 19.50% | $ 395.39 |
| Dec-18 | $ 715.50 | 19.00% | $ 135.95 | $ 772.44 | 19.00% | $ 146.76 |
| Feb-19 | $ 360.00 | 18.00% | $ 64.80 | $ 386.22 | 18.00% | $ 69.52 |
| May-19 | $ 144.00 | 16.50% | $ 23.76 | $ 772.44 | 16.50% | $ 127.45 |
| Jun-19 | $ 1,128.00 | 16.00% | $ 180.48 | $ 1,261.86 | 16.00% | $ 201.90 |
| Jul-19 | $ 338.40 | 15.50% | $ 52.45 | $ 1,261.86 | 15.50% | $ 195.59 |
| May-20 | $ 386.00 | 10.50% | $ 40.53 | $ 420.62 | 10.50% | $ 44.17 |
| Jun-20 | $ 406.00 | 10.00% | $ 40.60 | $ 667.53 | 10.00% | $ 66.75 |
| Jul-20 | $ 812.00 | 9.50% | $ 77.14 | $ 778.79 | 9.50% | $ 73.98 |
| Aug-20 | $ 812.00 | 9.00% | $ 73.08 | $ 890.04 | 9.00% | $ 80.10 |
| Sep-20 | $ 812.00 | 8.50% | $ 69.02 | $ 1,001.30 | 8.50% | $ 85.11 |
| Oct-20 | $ 406.00 | 8.00% | $ 32.48 | $ 890.04 | 8.00% | $ 71.20 |
| Dec-20 | $ 406.00 | 7.00% | $ 28.42 | $ 445.02 | 7.00% | $ 31.15 |
| Jul-21 | $ 832.00 | 3.50% | $ 29.12 | $ 797.39 | 3.50% | $ 27.91 |
| Aug-21 | $ 1,248.00 | 3.00% | $ 37.44 | $ 1,139.13 | 3.00% | $ 34.17 |
| Sep-21 | $ 832.00 | 2.50% | $ 20.80 | $ 569.56 | 2.50% | $ 14.24 |

Total Late Payment Interest Unpaid Contributions: $ 2,988.07    $ 3,850.49

Total Due Unpaid Contributions + Liq. Damages + Late Interest: **$ 24,461.72    $ 30,333.55**

| ER # | Paid Contributions Discrepancies | WELFARE | PENSION |
|---|---|---|---|
| 5411 | Jun-18 Over Paid Pension | $ - | $ (91.71) |

| ER # | Paid Contributions Interest and Liquidated Damages | WELFARE | PENSION |
|---|---|---|---|
| 5411 | Jun-18 Contributions Received September 2018 IN | $ 10.71 | $ 11.92 |
| 5411 | Jun-18 Contributions Received September 2018 LD | $ 107.10 | $ 119.22 |
| 5411 | Jul-18 Contributions Received September 2018 IN | $ 5.47 | $ 6.42 |
| 5411 | Aug-18 Contributions Received November 2018 IN | $ 14.85 | $ 15.60 |
| 5411 | Aug-18 Contributions Received November 2018 LD | $ 148.50 | $ 155.91 |
| 5411 | Sep-18 Contributions Received January 2019 IN | $ 8.71 | $ 12.38 |
| 5411 | Sep-18 Contributions Received January 2019 LD | $ 58.05 | $ 82.55 |
| 5411 | Oct-18 Contributions Received February 2019 IN | $ 15.29 | $ 22.01 |
| 5411 | Oct-18 Contributions Received February 2019 LD | $ 101.93 | $ 146.74 |
| 5411 | Nov-18 Contributions Received February 2019 IN | $ 15.48 | $ 53.06 |
| 5411 | Nov-18 Contributions Received February 2019 LD | $ 154.58 | $ 174.25 |
| 5412 | Jun-18 Contributions Received September 2018 IN | $ 18.00 | $ 12.84 |
| 5412 | Jun-18 Contributions Received September 2018 LD | $ 180.00 | $ 128.39 |
| 5412 | Jul-18 Contributions Received September 2018 IN | $ 7.20 | $ 5.96 |
| 5412 | Aug-18 Contributions Received November 2018 IN | $ 10.80 | $ 9.17 |
| 5412 | Aug-18 Contributions Received November 2018 LD | $ 108.00 | $ 91.71 |
| 5412 | Oct-18 Contributions Received February 2019 IN | $ 10.80 | $ 5.50 |
| 5412 | Oct-18 Contributions Received February 2019 LD | $ 72.00 | $ 36.69 |
| 5412 | Nov-18 Contributions Received February 2019 IN | $ 7.20 | $ 6.42 |
| 5412 | Nov-18 Contributions Received February 2019 LD | $ 72.00 | $ 64.20 |

Total Due on Paid Contributions: **$ 1,126.85    $ 1,069.23**

TOTAL AMOUNT DUE ER # 5411 and 5412: **$ 25,588.37    $ 31,402.78**