IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) |
| Plaintiffs, | ) ) Case No.: 25 C 2542 |
| v. | ) ) Judge Jeffrey Cummings ) |
| JMZ CONSTRUCTION, INC., an Illinois corporation, | ) ) Magistrate Judge M. David Weisman ) |
| Defendant. | ) |

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, LLP and pursuant to FRCP 55(b)(2) move for judgment in sum certain as stated in this Motion and the supporting Affidavits attached hereto as Exhibits 1 and 2. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on March 11, 2025 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Service was made upon JMZ CONSTRUCTION, INC., an Illinois corporation on March 30, 2025.

3. Defendant is now in default on the Complaint and as supported by the attached Affidavits (Exhibits 1 and 2) the sums due are:

| | |
|---:|---|
| $25,588.37 | Welfare |
| $31,402.78 | Pension |
| $1,250.00 | Attorneys fees |
| $471.00 | Court costs |
| $58,712.15 | Total |

WHEREFORE, Plaintiffs pray for:

1. Entry of judgment in a sum certain against Defendant, JMZ CONSTRUCTYION, INC., an Illinois corporation, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION AND WELFARE FUNDS in the amount of $58,712.15 with no just reason for delay in enforcement under FRCP 54(b).

                TRUSTEES OF THE SUBURBAN TEAMSTERS
                OF NORTHERN ILLINOIS PENSION AND
                WELFARE FUNDS

                s/John J. Toomey
                ARNOLD AND KADJAN, LLP
                35 E. Wacker Drive, Suite 600
                Chicago, IL 60601
                Telephone No.: (312) 236-0415
                Facsimile No.: (312) 341-0438
                Dated: April 22, 2025

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> JMZ CONSTRUCTION, INC., an Illinois corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 25 C 2542 <br><br> Judge Jeffrey Cummings <br><br> Magistrate Judge M. David Weisman |

AFFIDAVIT IN SUPPORT OF
<u>ATTORNEYS' FEES</u>

NOW COMES the undersigned, JOHN J. TOOMEY, upon being first duly sworn, deposes and states as follows:

1.   The undersigned is counsel of record in Case No. 2025 C 2542.

2.   Affiant is an attorney licensed to practice law in the State of Illinois since 1978. Affiant is admitted to the trial Bar of the Northern District of Illinois, the Central District of Illinois and the Seventh, Eighth, Second and Eleventh Federal Circuit Courts of Appeal, U. S. Tax Court and the United States Supreme Court since January 11, 1982.

3.   The time spent in the case is as follows, was reasonably necessary in the prosecution of the case, no paralegals were used:

| | | |
|---|---|---|
| March 11, 2025 | Open file; draft complaint and summons and file with court | 2 hours |
| March 31, 2025 | Return of service filed with the court | .5 hours |

1

| April 22, 2025 | Draft Motion for Judgment in Sum Certain | 1.5 hours |
|---|---|---|
| | Court appearance on Motions for Judgment in Sum Certain | 1.0 hours |

4. The costs expended in prosecuting the case are:

| Filing fee | $405.00 |
|---|---|
| Reliant Agency Service of Complaint | $66.00 |
| Total Costs | $471.00 |

5. Reasonable value of such services is Two Hundred Fifty Dollars per hour:

$250.00 x 5 hours     $1,250.00

6. The total in fees and costs expended are:

| Attorneys' fees | $1,250.00 |
|---|---|
| Costs | $471.00 |
| Total | $1,721.00 |

FURTHER AFFIANT SAYETH NOT.

/s/ John J. Toomey
JOHN J. TOOMEY

Dated: April 22, 2025

JOHN J. TOOMEY
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive
Suite 600
Chicago, Illinois 60601
(312) 236-0415

2

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, )<br><br>Plaintiffs, )<br><br>v. )<br><br>JMZ CONSTRUCTION, INC., an Illinois corporation, )<br><br>Defendant. ) | Case No.: 25 C 2542<br><br>Judge Jeffrey Cummings<br><br>Magistrate Judge M. David Weisman |

## AFFIDAVIT

JOSE M. COLIN, upon being first duly sworn deposes and states as follows:

1. Affiant is employed by the Suburban Teamsters Welfare and Pension Funds ("Fund") as the Fund Manager and is familiar with the JMZ CONSTRUCTION, INC., an Illinois corporation, audit to determine what amounts if any were due and owing the Funds, and is also familiar with the parties' agreement concerning contributions, liquidated damages and interest owed.

2. An audit was performed on January 14, 2022 for the period May 17, 2018 through September 30, 2021 and found to be owing by the Employer as outlined in Count I of the Complaint:

| | |
|---|---|
| Welfare | $25,588.37 |
| Pension | $31,402.78 |
| Total | $56,991.15 |

3. Affiant is above the age of 21, suffers from no disability and has actual knowledge of the above and could so testify.

FURTHER AFFIANT SAYETH NOT.

_____
JOSE M. COLIN

SUBSCRIBED AND SWORN
to before me this 17 day of
April, 2025,

_____
Notary Public

**OFFICIAL SEAL**
ASHLEY R CUSTER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 02/09/20__

2